# CRIMINAL MINUTES
## PROBATION VIOLATION OR <u>SUPERVISED RELEASE VIOLATION</u>

United States of America                    Case 1:01cr33

vs

BRIAN MOSELY

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    ditigal recording
Date:              4/10/06, 1:30

Attorney for USA:           *[signature]*
Attorney for Defendant:     Federal Public Defender  *W. Kelly Johnson*

__✓__ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing __✓__ Detention Hearing _____
      on __4/12/06  1:30__

_____ Probable cause hearing held/waived. Defendant to appear before District Judge _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__✓__ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

__✓__ Order APPOINTING counsel __Federal Public Defender__

Remarks:
_____
_____
_____