# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

                             Case No. 1:01cr33

        v.

BRIAN MOSLEY
        Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Black**

Courtroom Deputy: **Jan Lahley**
Court Reporter:  Jody Perkins
Date/Time:     4/12/06, 1:30
United States Attorney:      Anthony Springer

Defendant Attorney        W. Kelly Johnson

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*

[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness_____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

**Preliminary Exam:** [✓] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _Thomas Barbeau_ USPO  Defendant Witnesses: _____

_____  _____

AUSA Exhibits: _1 (petition)_    Defendant Exhibits:_____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict     [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: