**United States District Court**
**Southern District of Ohio**
**Western Division**

United States of America,
    Plaintiff

No.  1:01cr33

vs.

Beckwith, C.J.; Black, M.J.

BRIAN MOSELY
    Defendant

**ORDER FOLLOWING PRELIMINARY**
**EXAMINATION HEARING**

      On 4/12/06, a Preliminary Examination hearing was held in this matter on the allegations under the petition for supervised release violations filed against Defendant. Defendant was represented by the Federal Public Defender.  After testimony was taken from Probation Officer Barbeau and arguments of counsel were presented, the Court finds that there is probable cause to believe that Defendant may be guilty of the violations alleged and this case will proceed to a hearing on those violations before Chief Judge Sandra Beckwith.

      IT IS SO ORDERED.

Date: 4/12/06

Timothy S. Black
United States Magistrate Judge

1