&AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Southern__ District of __ohio__

UNITED STATES OF AMERICA

V.

BRYAN RAYMOND MOSELY

**WARRANT FOR ARREST**

Case Number:  1:01-cr-033

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BRYAN RAYMOND MOSELY__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

SEE ATTACHED PETITION

in violation of Title _____ United States Code, Section(s) _____

James Bonini, Clerk
Name of Issuing Officer

Tempann Thomas, Deputy Clerk
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

March 30, 2006 at Cincinnati, Ohio
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

255 W. MITCHELL AVE. CINCINNATI, OH 45232

| DATE RECEIVED 03/30/06 | NAME AND TITLE OF ARRESTING OFFICER ALLAN SHAW DEPUTY U.S. MARSHAL | SIGNATURE OF ARRESTING OFFICER _[signature]_ FOR WESTCHESTER POLICE |
|---|---|---|
| DATE OF ARREST 04/10/06 | | |