UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

06 JUL -7 AM 11:35

**United States of America**

                                                    Case No.     1:01-cr-33

vs.

**Bryan Mosely**

CRIMINAL MINUTES - Sentencing on Revocation
(9:31 - 10:57)

U. S. ATTORNEY PRESENT: _Anthony Springer_

COUNSEL FOR DEFENDANT: _W. Kelly Johnson_

INTERPRETER: _____

PROBATION OFFICER: _Thomas Barbeau_

WAIVER of Indictment filed _____     INFORMATION filed _____

Defendant waives reading of: Indictment _____     Information _____

Statement of Agent: _____

Defendant pleads:     **GUILTY** _____

                     **NOT GUILTY** _____

                     **NOLO CONTENDERE** _____

Plea **preliminarily/formally** accepted by the Court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is GRANTED _____

REMARKS: Deft admits violations Supervised Release Revoked; Court imposed 11 months incarceration; 4 years supervised release following release; Standard conditions apply; Special conditions as follows: Deft must participate in collection of DNA, must pay unpaid balance of restitution, must serve first 4 months of supervised release in a halfway house, must participate in mental health counseling and cannot open any new lines of credit

**Court Personnel:**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Tempann Thomas

**Court Reporter:** Jodie Perkins

**Date:** Friday, July 7, 2006