♦AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Ohio_____

UNITED STATES OF AMERICA
V.

BRYAN R. MOSELY

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

Case Number:    1:01-CR-33
USM Number:    08026-032

W. Kelly Johnson, Esq.
Defendant's Attorney

**FILED**
DEC 2 8 2006
JAMES BONINI, Clerk
CINCINNATI, OHIO

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) _____ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | The Defendant failed to notify the probation officer with 72 hours of changing residence. | |
| Three | The Defendant was unsuccessfully terminated from the halfway house program. | |
| Four | The Defendant failed to make restitution payments as ordered. | |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ██████████

Defendant's Date of Birth: October 5, 1966

Defendant's Residence Address:
Grant County Jail
212 Barnes Road
Williamstown, KY 41097

Defendant's Mailing Address:

July 7, 2006
Date of Imposition of Judgment

_____
Signature of Judge

Sandra S. Beckwith, Chief Judge
Name and Title of Judge

July 7, 2006
Date

I certify that this is a true and correct copy of the original filed in my Office on __7/7/06__.
JAMES BONINI, CLERK
BY: _____
Deputy Clerk
DATE: 7/7/06

*Please execute and return in the attached envelope*

CASE NUMBER:    1:01-CR-33

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
ELEVEN (11) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _10/20/06_ to _USMS AIRLIFT_

a _LEXINGTON, KY_ with a certified copy of this judgment.

11/2/06 FCI Ashland          _Jane M. Wallrab, USM S/OH_
at 5:00 p.m. A Tower                UNITED STATES MARSHAL
         Lieutenant       By _MMH Ahl Dism s/oh_
                                  DEPUTY UNITED STATES MARSHAL