PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision



JAMES BONNY
CLERK

2007 AUG 24  AM 6:47

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Name of Offender: **Bryan Raymond Mosely**       Case Number: **1:01CR00033**

| | |
|---|---|
| Name of Sentencing Judicial Officer: | The Honorable Sandra S. Beckwith, Chief United States District Judge |
| Date of Original Sentence: | **September 19, 2001** |
| Original Offense: | **Bank Fraud, in violation of 18 U.S.C. § 1344, a class B felony.** |
| Original Sentence: | **12 months prison, 60 months supervised release. On July 7, 2006, Supervised release was revoked, and the defendant was sentenced to 11 months confinement followed by a four year term of supervised release.** |

Type of Supervision: **Term Of Supervised Release**       Date Supervision Commenced: **May 24, 2002**

## NON-COMPLIANCE SUMMARY

Mosely's supervision was revoked on July 7, 2006, and he was sentenced to 11 months confinement followed by a four year term of supervised release. He was released from the Bureau of Prisons on March 9, 2007 to begin the new term of supervised release. He entered the Talbert House in Cincinnati, Ohio on March 14, 2007 and successfully completed the program on July 11, 2007.

This officer has received information that Mosely may be involved in additional fraudulent conduct, potentially involving a banking institution and an auto dealership. This officer is currently investigating the allegation. It is respectfully recommended the Court take no action at this time while the matter is investigated. This officer will submit an updated report in the near future.

Respectfully submitted,       Approved,

by *[signature]*       by *[signature]*
**Thomas Barbeau**       **John Cole**
U. S. Probation Officer       Supervising U. S. Probation Officer
Date: **August 22, 2007**       Date: **August 22, 2007**

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

8/23/07
Date