UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                                        Case No. __1:01cr33__

    v.                                    (Hogan, MJ ; J. Beckwith)

BRYAN RAYMOND MOSELY,
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** *none present*
Date/Time: **May 30, 2008 at 1:30 PM**

United States Attorney: *Anthony Springer*   Defendant Attorney: *William Gallagher, CJA*

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [X] *petition for probation / supervised release* [] Rule 5(c)(3) out of _____; [} *pretrial release violation;* [] *Other matters*
[✓] Counsel present
[✓] Defendant informed of his / her rights
[✓] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[✓] Financial affidavit presented to the Court/Defendant
[✓] Counsel appointed. ____FPD or ____CJA

*Detention Hearing:* [✓] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
AUSA Exhibits: _____ Defendant Exhibits: _____
[ ]Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [] *Indictment or* [] *Information or* [] *Superseding Indictment:*
Defendant waives reading of: [ ] Indict    [ ] Info    [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: *Case to proceed before Judge Beckwith*