UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

BRYAN RAYMOND MOSELY,
    Defendant.

Case No.   1:01cr33
(Hogan, MJ.)

## ORDER APPOINTING COUNSEL

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, the Federal Public Defender, 2000 URS Building, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter, or is directed to appoint counsel from the Court's Criminal Justice Act Panel (CJA).

IT IS SO ORDERED.

Date  5/30/08

bac   May 30, 2008

_____
Timothy S. Hogan
United States Magistrate Judge

cc: USAO / USPTS / USPO / USMS (Fax 684-6397 / CNSL /