UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.                                   Case No. 1:01-cr-33

**Bryan Mosley**

**CRIMINAL MINUTES** - *Sentencing on Revocation*

*(10:00 – 10:30)*

U.S. ATTORNEY PRESENT: _Anthony Springer_

COUNSEL FOR DEFENDANT: _James Maus_

PROBATION OFFICER: _Thomas Barbeau_

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

    **NOT GUILTY**_____

    **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to ~~pretrial detention order~~ *state sentence* ✓

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:** Δ admits violations. Supervised release is REVOKED.

SENTENCE: 25 months imprisonment to be served Consecutive to current sentence being now served. The Court will recommend mental evaluation & treatment if necessary.

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge
**Deputy Clerk:** Mary Brown
**Court Reporter:** Mary Ann Ranz (official)
**Date:** Thursday, August 7, 2008